TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd, Suite 588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Antonio Napier

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Napier,<br><br>             Plaintiff,<br><br>    vs.<br><br>Swiftfunds Financial Services LLC,<br><br>             Defendant. | Case No.:  2:19-cv-04600-DGC<br><br>**PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff, Antonio Napier, pursuant to this Court's February 14, 2020 Order, (*See* Docket No. 16), submits his Application for Attorneys' Fees and Costs as follows:

## I. PLAINTIFF IS ENTITLED TO RECOVER REASONABLE ATTORNEYS' FEES AND COSTS

Pursuant to §1692k of the FDCPA, Plaintiff is entitled to recover his reasonable attorneys' fees and costs of this litigation. 15 U.S.C. §1692k(a)(3). As set forth in the accompanying Declaration of Trinette G. Kent, Plaintiff incurred attorneys' fees totaling $3,935 calculated as follows:

1. Trinette G. Kent, Esq.        8.4 hours @ $400/hour = $3,360
2. Paralegal Time                4.6 hours @ $125/hour = $575

(Kent Declaration at ¶¶5, 7, 8, 9, 10)

In addition, Plaintiff's costs are $530, representing the filing fee ($400) and the cost of service ($130). (*Id.* at ¶6.)

Thus, Plaintiff has incurred reasonable attorneys' fees and costs totaling $4,465 ($3,935 in attorneys' fees + $530 in costs) and respectfully requests that the Court award him that amount for attorneys' fees and costs. (*Id.* at ¶11.)

## II. CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that Court award Plaintiff $4,465 for his attorneys' fees and costs pursuant to 15 U.S.C. §1692k(a)(3).

DATED:  February 25, 2020            Respectfully Submitted,


                                     By: /s/  Trinette G. Kent
                                     Trinette G. Kent, Esq.
                                     Lemberg Law, LLC
                                     Attorney for Plaintiff,
                                     Antonio Napier

# CERTIFICATE OF SERVICE

I, Juliet Stead, hereby certify that on February 25, 2020, a copy of the foregoing Plaintiff's Application for Attorneys' Fees and Costs, along with the Declaration of Trinette G. Kent, were mailed by first-class mail, postage prepaid, to the parties listed below:

Swiftfunds Financial Services LLC
609 Deep Valley Drive, Suite 200
Rolling Hills Estate, CA 90274

*/s/ Juliet Stead*
Juliet Stead
Paralegal to Trinette G. Kent