TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd, Suite 588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Antonio Napier

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Antonio Napier, | Case No.: 2:19-cv-04600-DGC |
|---|---|
| Plaintiff, | **DECLARATION OF TRINETTE G. KENT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Swiftfunds Financial Services LLC, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, Trinette G. Kent hereby declares as follows:

1.      My name is Trinette G. Kent.  I am an attorney admitted to the United States District Court for the District of Arizona, and I make this Declaration based upon personal knowledge of all matters stated herein.  I am an attorney who works as of counsel to Lemberg Law, LLC.  I am the attorney of record for Plaintiff, and I am familiar with all the facts and circumstances in this action.

2.      I submit this Declaration in support of Plaintiff's Application for Attorneys' Fees and Costs against Defendant Swiftfunds Financial Services LLC ("Swiftfunds").

3.      I began my of counsel relationship with Lemberg Law, LLC almost 8 years ago.  I have practiced law for 17 years.  Prior to joining Lemberg Law, LLC, I worked at Shernoff, Bidart & Echeverria in California and Surrano Law Offices in Arizona, representing consumers against insurance companies and focusing on insurance bad faith.  In 2010, I opened my own firm, Kent Law Offices, which remains active.  Since 2012 to the present, I have focused my practice on consumer protection, representing consumers in litigation under various consumer protection statutes, including the FDCPA, which is the statute at issue in this case.

4.      I received my J.D. from Loyola Law School in 2002.  I am admitted to practice in the states of Arizona and California; the U.S. District Courts for the District of Arizona, Northern District of California, Eastern District of California,

Central District of California, and Southern District of California; and the Ninth Circuit Court of Appeals.

5. Attached as <u>Exhibit A</u> is a copy of Lemberg Law's contemporaneous billing records regarding this case.

6. In addition, Plaintiff's costs are $530, representing the filing fee ($400) and the cost of service ($130).

7. As set forth in the contemporaneous billing records, 11 hours were expended on, among other tasks, interviewing and communicating with Plaintiff, drafting the Complaint, researching the viability of Swiftfunds, drafting the Request for Entry of Default, drafting and researching the Motion for Default Judgment, and drafting this Application for Attorneys' Fees and Costs.

8. In addition, experienced paralegals were used to create rough drafts of pleadings and other documents prior to attorney review. For example, a paralegal created a rough draft of the Complaint, as well as a rough draft of the Request for Entry of Default. I then reviewed, revised, and finalized these drafts for filing. The use of paralegals for such tasks reduced the number of hours billed by me, and therefore reduced the overall fees to be charged to Defendant.

9. Plaintiff incurred attorneys' fees totaling $3,935 calculated as follows:

    Trinette G. Kent, Esq.        8.4 hours @ $400/hour = $3,360

    Paralegal Time                4.6 hours @ $125/hour = $575

10. I believe the amount of time spent on this litigation and the hourly rates charged are reasonable.

11. Plaintiff has incurred reasonable attorneys' fees and costs totaling $4,465 ($3,935 in attorneys' fees + $530 in costs) and respectfully requests that the Court award him that amount in connection with the previously entered Default Judgment.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on February 25, 2020.

By: */s/ Trinette G. Kent*
Trinette G. Kent