# EXHIBIT A

| Date | Client Sort | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Matter ID: 26549-001** | | | | | | |
| **Professional: Juliet Stead** | | | | | | |
| 04/24/2019 | Napier, Antonio | JS | Completed PL matter, emailed client | 0.20 | 125.00 | 25.00 |
| 04/26/2019 | Napier, Antonio | JS | Drafted Complaint | 0.30 | 125.00 | 37.50 |
| 07/01/2019 | Napier, Antonio | JS | Drafted Mag consent form per TK - SHE to send out with initiatory pleadings | 0.20 | 125.00 | 25.00 |
| 10/29/2019 | Napier, Antonio | JS | Drafted RQ for Default for TK | 0.30 | 125.00 | 37.50 |
| 10/29/2019 | Napier, Antonio | JS | Filed RQ for Default via ECF | 0.10 | 125.00 | 12.50 |
| 01/03/2020 | Napier, Antonio | JS | Drafted status report - sent to TK for review | 0.20 | 125.00 | 25.00 |
| 01/09/2020 | Napier, Antonio | JS | Filed status report via ECF | 0.10 | 125.00 | 12.50 |
| 01/30/2020 | Napier, Antonio | JS | Filed MDJ via ECF + submitted proposed order in word to judge | 0.10 | 125.00 | 12.50 |
| 01/31/2020 | Napier, Antonio | JS | Mailed copy of Motion to Def | 0.10 | 125.00 | 12.50 |
| | | | **Professional: Juliet Stead** | 1.60 | | 200.00 |
| **Professional: Olga Voytovych** | | | | | | |
| 02/24/2020 | Napier, Antonio | OV | Billing attached. Filing fee $400 plus $130 service. I don't see any other costs. | 0.20 | 125.00 | 25.00 |
| | | | **Professional: Olga Voytovych** | 0.20 | | 25.00 |
| **Professional: Shannon Heuston** | | | | | | |
| 05/07/2019 | Napier, Antonio | SHE | Mailed demand letter CERT mail tracking # 7018 2290 0000 9354 | 0.30 | 125.00 | 37.50 |
| 07/01/2019 | Napier, Antonio | SHE | Filed initial pleadings with the District of AZ court via ECF.  Drafted CCS and Summons. | 0.40 | 125.00 | 50.00 |
| 07/31/2019 | Napier, Antonio | SHE | Checked status of McGibbon-default judgment issued.  Emailed OV to advise as to next steps. | 0.20 | 125.00 | 25.00 |

| Date | Name | Prof | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/12/2019 | Napier, Antonio | SHE | Sent pleadings out for service via Certified Corp. Drafted cover letter to process server. Exchanged emails with OV about serving despite defendant defaulting in McGibbon. Yes, serve so we can get default. | 0.20 | 125.00 | 25.00 |
| 10/04/2019 | Napier, Antonio | SHE | Filed certificate of service. | 0.20 | 125.00 | 25.00 |
| | | | **Professional: Shannon Heuston** | 1.30 | | 162.50 |
| **Professional: Trinette G. Kent** | | | | | | |
| 05/03/2019 | Napier, Antonio | TGK | Amended complaint and approved for demand letter. | 0.70 | 400.00 | 280.00 |
| 06/29/2020 | Napier, Antonio | TGK | Finalize Complaint for filing and ask SH to file | 0.40 | 400.00 | 160.00 |
| 10/03/2019 | Napier, Antonio | TGK | Emails to and from SH re service on D and default | 0.20 | 400.00 | 80.00 |
| 10/25/2019 | Napier, Antonio | TGK | Emails to and from OV re viability of Defendant and other case against this D | 0.20 | 400.00 | 80.00 |
| 10/28/2019 | Napier, Antonio | TGK | Emails to and from OV re pursuing default | 0.10 | 400.00 | 40.00 |
| 10/29/2019 | Napier, Antonio | TGK | Emails to and from JS re Request for Entry of Default; review and finalize Request for Entry of Default for filing. | 0.90 | 400.00 | 360.00 |
| 10/29/2019 | Napier, Antonio | TGK | Review PACER re other cases against this D | 0.20 | 400.00 | 80.00 |
| 10/30/2019 | Napier, Antonio | TGK | Review Clerk's Entry of Default | 0.10 | 400.00 | 40.00 |
| 10/31/2019 | Napier, Antonio | TGK | Review Order vacating Scheduling Conference | 0.10 | 400.00 | 40.00 |
| 11/21/2019 | Napier, Antonio | TGK | Research regarding viability of D; discuss pursuit of default with other LL attys. | 0.60 | 400.00 | 240.00 |
| 12/28/2019 | Napier, Antonio | TGK | Review Court's Order re filing Status Report | 0.10 | 400.00 | 40.00 |

| Date | Name | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2020 | Napier, Antonio | TGK | Finalize Status Report for filing; review TX case against this D to assess potential collection against this D; emails to and from JS and and OV re same. | 0.50 | 400.00 | 200.00 |
| 01/09/2020 | Napier, Antonio | TGK | Review Order from Court re filing Motion for Default Judgment | 0.10 | 400.00 | 40.00 |
| 01/27/2020 | Napier, Antonio | TGK | Begin drafting and researching Motion for Default Judgment | 1.30 | 400.00 | 520.00 |
| 01/30/2020 | Napier, Antonio | TGK | Finalize Motion for Default Judgment and ask JS to file | 1.10 | 400.00 | 440.00 |
| 02/14/2020 | Napier, Antonio | TGK | Review Order granting Motion for Default Judgment | 0.10 | 400.00 | 40.00 |
| 02/23/2020 | Napier, Antonio | TGK | Begin drafting Application for Attorneys' Fees and Costs; emails to and from paralegals re timesheets | 0.80 | 400.00 | 320.00 |
| 02/24/2020 | Napier, Antonio | TGK | Finalize Application for Attorneys' Fees and Costs; ask JS to file | 0.90 | 400.00 | 360.00 |
| | | | **Professional: Trinette G. Kent** | **8.40** | | **3,360.00** |
| **Professional: Valentina Tsiganchuk** | | | | | | |
| 07/02/2019 | Napier, Antonio | VT | COMPLAINT.pdf | 0.10 | 125.00 | 12.50 |
| 07/02/2019 | Napier, Antonio | VT | NOTICE of Availability of Magistrate.pdf | 0.10 | 125.00 | 12.50 |
| 07/02/2019 | Napier, Antonio | VT | SUMMONS Issued.pdf | 0.10 | 125.00 | 12.50 |
| 07/02/2019 | Napier, Antonio | VT | NOTICE of MIDP Responses.pdf | 0.10 | 125.00 | 12.50 |
| 07/02/2019 | Napier, Antonio | VT | ORDER re Motion Filing.pdf | 0.10 | 125.00 | 12.50 |
| 10/07/2019 | Napier, Antonio | VT | SUMMONS Returned Executed.pdf | 0.10 | 125.00 | 12.50 |
| 10/09/2019 | Napier, Antonio | VT | ORDER Setting Conference.pdf | 0.10 | 125.00 | 12.50 |
| 10/29/2019 | Napier, Antonio | VT | REQUEST for Entry of Default.pdf | 0.10 | 125.00 | 12.50 |
| 10/31/2019 | Napier, Antonio | VT | ENTRY of DEFAULT.pdf | 0.10 | 125.00 | 12.50 |

| Date | Name | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2019 | Napier, Antonio | VT | ORDER. The Court will vacate the Rule 16 Case Management Conference set in this case for 11/15/2019 at 4:30 PM in light of the default entered by the Clerk of Court in this case. Signed by Senior Judge David G Campbell on 10/31/2019. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (DGC, nvo) | 0.10 | 125.00 | 12.50 |
| 12/29/2019 | Napier, Antonio | VT | ORDER to File Status Report.pdf | 0.10 | 125.00 | 12.50 |
| 01/11/2020 | Napier, Antonio | VT | STATUS REPORT.pdf | 0.10 | 125.00 | 12.50 |
| 01/11/2020 | Napier, Antonio | VT | ORDER to File Default.pdf | 0.10 | 125.00 | 12.50 |
| 01/31/2020 | Napier, Antonio | VT | MOTION for Default Judgment.pdf | 0.10 | 125.00 | 12.50 |
| 02/16/2020 | Napier, Antonio | VT | DEFAULT JUDGMENT.pdf | 0.10 | 125.00 | 12.50 |
| | | | **Professional: Valentina Tsiganchuk** | 1.50 | | 187.50 |
| | | | **Matter ID: 26549-001** | 15.20 | | 3,935.00 |
| | | | **Grand Total:** | 15.20 | | 3,935.00 |