UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Napier,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Swiftfunds Financial Services LLC,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-04600-DGC<br><br>**[PROPOSED] ORDER** |

The Court, having read and considered Plaintiff's Application for Attorneys' Fees and Costs, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** the Application for Attorneys' Fees and Costs.  Plaintiff is awarded $4,465 for his attorneys' fees and costs pursuant to 15 U.S.C. §1692k(a)(3).