**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Napier, | No. CV-19-04600-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Swiftfunds Financial Services LLC, | |
| Defendant. | |

Plaintiff Antonio Napier asserts multiple violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, against Defendant Swiftfunds Financial Services LLC. Doc. 1. The Court entered default judgment against Defendant on each violation and awarded Plaintiff $1,000 in statutory damages. Docs. 16, 17.

Plaintiff has filed a motion for attorneys' fees and costs. Doc. 18. No response has been filed. For reasons stated below, the Court will grant the motion and award Plaintiff a total of $4,465 in fees and costs.

Under the FDCPA, a district court may award a successful plaintiff "the costs of the action, together with a reasonable attorney's fee as determined by the court." 15 U.S.C. § 1692k(a)(3). Plaintiff's counsel has submitted a declaration in support of the motion which sets forth her qualifications and experience with FDCPA cases, her hourly rate ($400/hour), and the specific amount and type of work performed on behalf of

Plaintiff.  Doc. 18-1; *see also* Lemberg Law, https://www.lemberglaw.com/about/team/trinette-kent/ (last visited May 13, 2020).  Attached to the declaration is an itemized statement of fees and costs.  Doc. 18-2.  Counsel and her team of paralegals spent 15.2 hours on this matter, which equates to a total of fee amount of $3,935.  *Id.*  Costs include the $400 filing fee and $130 for service of process.  *Id.* at 2.

Having reviewed the motion and supporting documents, the Court finds the requested attorney's fees of $3,935 and costs of $530 to be reasonable.  The Court therefore will grant Plaintiff's motion.  *See* LRCiv 54.1, 54.2 (setting forth allowable costs and factors to be considered in determining whether a fee award is reasonable); *Mayes v. Credit Sols. Corp.*, No. CV-10-8104-PCT-DGC, 2011 WL 855634, at *2 (D. Ariz. Mar. 9, 2011) (awarding $3,012 in fees and $480 for costs under the FDCPA); *Cotton v. Zitterman Bosh & Assocs.*, No. CV-11-2024-PHX-DGC, 2012 WL 3289921, at *2 (D. Ariz. Aug. 13, 2012) (finding $4,607 fee and cost award to be reasonable under the FDCPA).

**IT IS ORDERED:**

1. Plaintiff's motion for attorneys' fees and costs (Doc. 18) is **granted**.

2. Plaintiff is awarded **$4,465.00** in attorney's fees and costs against Defendant Swiftfunds Financial Services LLC.

Dated this 13th day of May, 2020.

David G. Campbell
Senior United States District Judge